i.      rescission of the purchase of the Certificates, and requiring Barclays to
        make restitution and repay to Lone Star the approximately $60 million
        consideration paid in connection therewith;

ii.     in the alternative, damages on the purchase of the Certificates in an
        amount to be determined at trial;

iii.    exemplary damages;

iv.     an award of pre-judgment interest at the maximum rate allowable by law;

v.      an award of the costs, disbursements, and experts' fees of this action;

vi.     an award of attorneys' fees; and

vii.    any further relief deemed just and proper.

## X.  DEMAND FOR JURY TRIAL

As to all Causes of Action, where applicable, Plaintiffs hereby demand a trial by jury.

VINSON & ELKINS L.L.P.

By: _Karl Hisu_

      Karen L. Hirschman
      State Bar No. 09721500
      Matthew W. Moran
      State Bar No. 24002642

Trammell Crow Center
2001 Ross Avenue
Suite 3700
Dallas, Texas 75201-2975

Kenneth P. Held
State Bar No. 26030333
VINSON & ELKINS L.L.P.
First City Tower
1001 Fannin Street
Suite 2500
Houston, Texas 77002-6760

ATTORNEYS FOR PLAINTIFFS
LONE STAR FUND V (U.S.), L.P. AND
LSF5 BOND HOLDINGS, LLC

Of Counsel:

Craig A. Newman
Patricia C. O'Prey
RICHARDS KIBBE & ORBE LLP
One World Financial Center
New York, New York 10281
(212) 530-1800

Dallas 1354474v.1

**PLAINTIFFS' ORIGINAL PETITION**                                    **PAGE 26**





GARY FITZSIMMONS
DALLAS COUNTY DISTRICT CLERK

FILED.

08 JAN 14 PM 3: 47

GARY FITZSIMMONS
DISTRICT CLERK
DALLAS CO TEXAS

_____ DEPUTY

CAUSE NO. 08-00398 _____

LONE STAR FUND (U.S.), L.P. *
**PLAINTIFF**                  *
                               *
                               *
**VS**

BARCLAYS BANK PLC _____
**DEFENDANT**

**IN THE DISTRICT COURT**

D95 **JUDICIAL DISTRICT**

**DALLAS COUNTY, TEXAS**

ENTER DEMAND FOR JURY

JURY FEE PAID BY:

( PLAINTIFF )  /   DEFENDANT

FEE PAID: $30.00

RECORDED IN VOLUME J24 _____ PAGE 192 _____

600 Commerce Street  X DALLAS, TEXAS  75202  (214) - 653 - 7149
FAX (214) - 653 - 6634    e-mail:gfitzsimmons@dallascounty.org
web site: www.dallascounty.org/distclerk/index.html

# FORM NO. 353-3 - CITATION
## THE STATE OF TEXAS

To:

BARCLAYS BANK PLC
BY SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM
350 NORTH ST PAUL STREET
DALLAS TX 75201

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **95th District Court** at 600 Commerce Street, Dallas, Texas 75202.
Said Plaintiff being **LONE STAR FUND V (US) LP**

Filed in said Court **on this the 14th day of January, 2008** against

**BARCLAYS BANK PLC AND BARCLAYS CAPITAL INC**

For suit, said suit being numbered **DC-08-00398**, the nature of which demand is as follows:
Suit On COMMERCIAL DISPUTE etc. as shown on said petition **REQUEST FOR PRODUCTION OF DOCUMENTS FROM BARCLAYS BANK PLC AND BARCLAYS CAPITAL INC**, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.
WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.
Given under my name and the Seal of said Court at office on this **14th day of January, 2008**

ATTEST: GARY FITZSIMMONS
Clerk of the District Courts of Dallas, County Texas.

By _____, Deputy
        RITA RODGERS

---

## CITATION

No.: **DC-08-00398**

**LONE STAR FUND V (US) LP ET AL**
vs.
**BARCLAYS BANK PLC ETAL**

ISSUED
**on this the 14th day of January, 2008**

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

By  **RITA RODGERS**, Deputy

Attorney for Plaintiff

**KAREN LEE HIRSCHMAN**
**VINSON & ELKINS LLP**
**2001 ROSS AVENUE SUITE 3700**
**DALLAS, TX 75201**
**212-530-1800**

DALLAS COUNTY CONSTABLE

FEES
PAID

FEES NOT
PAID

## OFFICER'S RETURN

Came to hand on the _15TH_ day of _January_, 20 _08_, at _9:15_ o'clock _A_.M. Executed

at _3701 N. ST PAUL DALLAS, TX_, within the County of _DALLAS_ at _10.50_ o'clock

_A_.M. on the _15TH_ day of _January_, 20 _08_, by delivering to the within

named

_C.T. CORP — DOMINQUE SHEETER_

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery.

The distance actually traveled by me in serving such process was _____ miles and my fees are as follows: To certify which witness my hand.

_August Reese  SCH 1014_

of _____ County,

By _____ Deputy

(Must be verified if served outside the State of Texas.)

|  |  |
|---|---|
| For serving Citation | $ |
| For mileage | $ |
| For Notary | $ |

Signed and sworn to by the said _George Reese_ before me this _15th_ day of _JANUARY_, 20 _08_,

to certify which witness my hand and seal of office.

THERESA M. TIJERINA
Notary Public, State of Texas
My Commission Expires 04-24-08

_Theresa M. Tijerina_
Notary Public _DALLAS_ County _TX_



FORM NO. 353-3 - CITATION

# THE STATE OF TEXAS

To:
BARCLAYS CAPITAL INC
BY SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK NY 10011

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **95th District Court** at 600 Commerce Street, Dallas, Texas 75202.

Said Plaintiff being **LONE STAR FUND V (US) LP**

Filed in said Court **on this the 14th day of January, 2008** against

**BARCLAYS BANK PLC AND BARCLAYS CAPITAL INC**

For suit, said suit being numbered **DC-08-00398**, the nature of which demand is as follows:
Suit On COMMERCIAL DISPUTE etc. as shown on said petition **REQUEST FOR PRODUCTION OF DOCUMENTS FROM BARCLAYS BANK PLC AND BARCLAYS CAPITAL INC**, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.

Given under my name and the Seal of said Court at office on this **14th day of January, 2008**

ATTEST: GARY FITZSIMMONS
Clerk of the District Courts of Dallas, County, Texas

By _____, Deputy
RITA RODGERS

---

ATTY

# CITATION

No.: **DC-08-00398**

---

**LONE STAR FUND V (US) LP ETAL**
**vs.**
**BARCLAYS BANK PLC ETAL**

---

ISSUED
**on this the 14th day of January, 2008**

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

By **RITA RODGERS,** Deputy

---

Attorney for Plaintiff

**KAREN LEE HIRSCHMAN
VINSON & ELKINS LLP
2001 ROSS AVENUE SUITE 3700
DALLAS, TX 75201
212-530-1800**

DALLAS COUNTY CONSTABLE
FEES NOT PAID
FEES PAID

**OFFICER'S RETURN**

Came to hand on the _15TH_ day of _JANUARY_, 20 _O8_, at _9'45_ o'clock _A_ .M. Executed
at _350 N. ST. Paul. DALLAS. TX_, within the County of _DALLAS_ at _12:50_ o'clock
_A_ .M. on the _15TH_ day of _JANUARY_, 20 _O8_, by delivering to the within
named

_Dominique Sheehan C.T CORP_

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery.
The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:  To certify which witness my hand.

For serving Citation   $ _____        _____ SC# 1014
For mileage           $ _____        of _____ County, _____
For Notary            $ _____        By _____ Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _George K Reese_ before me this _15th_ day of _JANUARY_, 20 _08_,
to certify which witness my hand and seal of office.

THERESA M. TIJERINA
Notary Public, State of Texas
My Commission Expires 04-24-08

_Theresa M. Tijerina_
Notary Public _DALLAS_ County _TX_

6



**JW**

JACKSON WALKER L.L.P.

ATTORNEYS & COUNSELORS

Mark T. Josephs
(214) 953-6009 (Direct Dial)
(214) 661-6651 (Direct Fax)
mjosephs@jw.com

February 1, 2008

**VIA TELECOPIER**

Mr. Matthew W. Moran
Vinson & Elkins L.L.P.
Trammell Crow Center
2001 Ross Ave., Suite 3700
Dallas, Texas 75201-2975

> Re:   Lone Star Fund V (U.S.), L.P. and LSF5 Bond Holdings, LLC v. Barclays
> Bank PLC, et al.; Cause No. 08-00398-D

Dear Matt:

   This letter will confirm our conversation in which you agreed, on behalf of the plaintiffs in the captioned matter, to a ten day extension for the defendants to respond to the petition on file in the case. Under our agreement, defendants Barclays Bank plc and Barclays Capital Inc. will respond on or before February 14, 2008. Please indicate your written consent to this agreement by signing the space below and returning an executed original to me for filing with the court.

   Thank you for your cooperation in this regard. Should you have any questions, please do not hesitate to contact me.

Sincerely,

Mark T. Josephs

**FILED**

08 FEB 13   AM 10: 46
GARY FITZSIMMONS
DISTRICT CLERK
DALLAS CO., TEXAS

_____
DEPUTY

MTJ:hkm
Enclosure

Mr. Matthew W. Moran
February 1, 2008
Page 2


AGREED:

VINSON & ELKINS, L.L.P.
Vinson & Elkins L.L.P.
Trammell Crow Center
2001 Ross Ave., Suite 3700
Dallas, Texas 75201-
Telephone:      (214) 220-7723
Telecopier:     (214) 999-7723


By: _____
       Matthew W. Moran
       State Bar No. 24002642


ATTORNEYS FOR PLAINTIFFS
LONE STAR FUND V (U.S.), L.P.
AND LSF5 BOND HOLDINGS, LLC

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| LONE STAR FUND V (U.S.), L.P. and<br>LSF5 BOND HOLDINGS, LLC, | §<br>§<br>§ | |
| Plaintiffs, | §<br>§ | CIVIL ACTION NO. |
| v. | §<br>§ | |
| BARCLAYS BANK PLC and<br>BARCLAYS CAPITAL INC., | §<br>§<br>§ | _____ |
| Defendants. | §<br>§ | |

## CERTIFICATE OF INTERESTED PERSONS

1.  I am an attorney with the law firm of Jackson Walker, LLP, attorneys for the above named Defendants Barclays Bank PLC and Barclays Capital Inc.

2.  The following is a list of all known interested entities which are financially interested in the outcome of this case:

    a.   Lone Star Fund V (U.S.), L.P.

    b.   LSF5 Bond Holdings, LLC

    c.   Barclays Bank PLC

    d.   Barclays Capital Inc.

    e.   NC Capital Corporation

    f.   New Century Financial Corporation

Respectfully submitted,

JACKSON WALKER L.L.P.

By: _____

Mark T. Josephs
State Bar No. 11031400
mjosephs@jw.com

W. Ross Forbes, Jr.
State Bar No. 00796564
rforbes@jw.com

901 Main Street, Suite 6000
Dallas, Texas  75202
(214) 953-6000
(214) 953-5822 – Fax

ATTORNEYS FOR DEFENDANTS
BARCLAYS BANK PLC and
BARCLAYS CAPITAL INC.

Of Counsel:

Evan A. Davis
Mitchell Lowenthal
Jason P. Gottlieb
Claire De Saint Vincent
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
(212) 225-2000

## CERTIFICATE OF SERVICE

      This is to certify that on this 13TH day of February, 2008, a true and correct copy of the foregoing document was served via facsimile and certified mail, return receipt requested:

Karen L. Hirschman
Matthew W. Moran
VINSON & ELKINS L.L.P.
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201

Kenneth P. Held
VINSON & ELKINS L.L.P.
First City Tower
1001 Fannin Street, Suite 2500
Houston, Texas 77002

_____

W. Ross Forbes, Jr.

JS 44 (Rev. 10/06)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**308 CV-261-L**

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Lone Star Fund V (U.S.), L.P. and LSF5 Bond Holdings, LLC | Barclays Bank PLC and Barclays Capital Inc. |

**(b)** County of Residence of First Listed Plaintiff **Dallas**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
See Attachment A

Attorneys (If Known)
See Attachment A

RECEIVED
FEB 1 3 2008
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only) and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☒ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC Section 1334(b), 1452(a) and Sections 11, 12(a)(2) and 15 of the Securities Act of 1933
Brief description of cause:
Violation of securities statutes in sale of securities

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ $60,000,000

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) PENDING OR CLOSED

(See instructions):
JUDGE Hon. Kevin J. Carey
DOCKET NUMBER 07-10416

DATE
2/13/08

SIGNATURE OF ATTORNEY OF RECORD
W. B [signature]

FOR OFFICE USE ONLY

| RECEIPT # | AMOUNT | APPLYING IFP | JUDGE | MAG. JUDGE |
|---|---|---|---|---|

# CIVIL COVER SHEET

## Attachment A

Counsel for Plaintiff Lone Star Fund V (U.S.), L.P. and LSFS Bond Holdings, LLC:

Karen L. Hirschman
Matthew W. Moran
VINSON & ELKINS L.L.P.
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201
(214) 220-7700
(214) 220-7715 fax

Kenneth P. Held
VINSON & ELKINS L.L.P.
First City Tower
1001 Fannin Street, Suite 2500
Houston, Texas 77002

Counsel for Defendant Barclays Bank PLC and Barclays Capital Inc.:

Mark T. Josephs
W. Ross Forbes, Jr.
JACKSON WALKER, LLP
901 Main Street, Suite 6000
Dallas, Texas  75202
(214) 953-6000
(214) 953-5822 – Fax

Of Counsel:

Evan A. Davis
Mitchell A. Lowenthal
Jason P. Gottlieb
Claire De Saint Vincent
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
(212) 225-2000

# United States District Court
# Northern District of Texas



**308 CV - 261 - L**

# Supplemental Civil Cover Sheet For Cases Removed
# From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.**

RECEIVED
FEB 13 2008
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**1.      State Court Information:**

Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

| Court | Case Number |
|---|---|
| 95th Judicial District Court, Dallas County | 08-00398 |

**2.      Style of the Case:**

Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

| Party and Party Type | Attorney(s) |
|---|---|
| Lone Star Fund V (U.S.), L.P. and LSF5 Bond Holdings, LLC<br><br>Plaintiffs | Karen L. Hirschman<br>State Bar No. 09721500<br>Matthew W. Moran<br>State Bar No. 24002642<br>VINSON & ELKINS L.L.P.<br>Trammell Crow Center<br>2001 Ross Avenue, Suite 3700<br>Dallas, TX 75201-2975<br>(214) 220-7700; (214) 220-7716 fax<br><br>Kenneth P. Held<br>VINSON & ELKINS L.L.P.<br>First City Tower<br>1001 Fannin Street, Suite 2500<br>Houston, TX 77002 |

Supplemental Civil Cover Sheet
Page 2

| | |
|---|---|
| Barclays Bank PLC and Barclays Capital Inc. | Mark T. Josephs |
| | State Bar No. 11031400 |
| | W. Ross Forbes, Jr. |
| Defendants | State Bar No. 00796564 |
| | JACKSON WALKER, LLP |
| | 901 Main Street, Suite 6000 |
| | Dallas, Texas  75202 |
| | (214) 953-6000 |
| | (214) 953-5822 – Fax |

**3.   Jury Demand:**

Was the Jury Demand made in State Court?          ☒   Yes   ☐   No

If "*Yes*", by which party and on what date?

| Lone Star Fund V (U.S.), L.P. and LSF5 Bond Holdings, LLC | 1/14/08 |
|---|---|
| Party | Date |

**4.   Answer:**

Was the Answer made in State Court?          ☐   Yes   ☒   No

If "*Yes*", by which party and on what date?

| | |
|---|---|
| Party | Date |

**5.   Unserved Parties:**

The following parties have not been served at the time this case was removed:

| **Party** | **Reason(s) for No Service** |
|---|---|

Supplemental Civil Cover Sheet
Page 3

**6.      Nonsuited, Dismissed or Terminated Parties:**

Please indicate any changes from the style on the State Court papers and the reason for that change:

| Party | Reason |
|-------|--------|
|       |        |

**7.      Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claim(s) |
|-------|----------|
| Lone Star Fund V (U.S.), L.P. and LSF5 Bond Holdings, LLC | 1.  Violation of the Texas Securities Act, Texas Civil Statute Article 581, Section 33A<br>2.  Aiding and Abetting Violation of the Texas Securities Act, Texas Civil Statute Article 581, Section 33F<br>3.  Control Person Liability for Violation of the Texas Securities Act, Texas Civil Statute Article 581, Section 33F<br>4.  Violation of Section 27.01 of the Texas Business and Commerce Code<br>5.  Aiding and Abetting Violation of the Texas Business and Commerce. Code, Section 27.01<br>6.  Common Law Fraud<br>7.  Negligent Misrepresentation<br>8.  Violation of Section 12(a)(2) of the Securities Act of 1933<br>9.  Violation of Section 11 of the Securities Act of 1933<br>10. Control Person Liability – Section 15 of the Securities Act of 1933 |