

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LONE STAR FUND V (U.S.), L.P. and<br>LSF5 BOND HOLDINGS, LLC, | §<br>§<br>§ | |
| Plaintiffs, | §<br>§ | CIVIL ACTION NO. |
| v. | §<br>§ | 308 CV-261-L |
| BARCLAYS BANK PLC and<br>BARCLAYS CAPITAL INC., | §<br>§<br>§ | |
| Defendants. | §<br>§ | |

## DISCLOSURE STATEMENT

Pursuant to FED. R. CIV. P. 7.1, Barclays Bank PLC and Barclays Capital Inc., file this disclosure statement, as follows:

Barclays Bank PLC is a wholly-owned subsidiary of Barclays PLC.

Barclays Bank PLC holds 100% of the issued ordinary shares of Barclays Group US Inc., which in turn holds 100% of the issued ordinary shares of Barclays Capital Inc.

1

Respectfully submitted,

JACKSON WALKER L.L.P.

By: _____
Mark T. Josephs
State Bar No. 11031400
mjosephs@jw.com

W. Ross Forbes, Jr.
State Bar No. 00796564
rforbes@jw.com

901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 953-6000
(214) 953-5822 – Fax

ATTORNEYS FOR DEFENDANTS
BARCLAYS BANK PLC and
BARCLAYS CAPITAL INC.

Of Counsel:

Evan A. Davis
Mitchell Lowenthal
Jason P. Gottlieb
Claire De Saint Vincent
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
(212) 225-2000

## CERTIFICATE OF SERVICE

This is to certify that on this 13th day of February, 2008, a true and correct copy of the foregoing document was served via facsimile and certified mail, return receipt requested:

Karen L. Hirschman
Matthew W. Moran
VINSON & ELKINS L.L.P.
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201

Kenneth P. Held
VINSON & ELKINS L.L.P.
First City Tower
1001 Fannin Street, Suite 2500
Houston, Texas 77002

_____
W. Ross Forbes, Jr.

3

5026278v.1